217 F.2d 952
 W. F. EDWARDS, Petitioner,
v.
COMMISSIONER OF INTERNAL REVENUE, Respondent.
L. C. EDWARDS, Jr., Petitioner,
v.
COMMISSIONER OF INTERNAL REVENUE, Respondent.
 No. 15132.
 United States Court of Appeals, Fifth Circuit.
 January 18, 1955.
 
 Petitions for Review of Decisions of the Tax Court of the United States (District of Florida).
 George W. Ericksen, Chester H. Ferguson (of MacFarlane, Ferguson, Allison & Kelly), Tampa, Fla., for petitioner.
 Robert B. Ross, Sp. Asst. to Atty. Gen. Ellis N. Slack, Asst. Atty. Gen., H. Brian Holland, Asst. Atty. Gen., Daniel A. Taylor, Chief Counsel Int. Rev. Serv., Rollin H. Transue, Sp. Atty., Washington, D. C., for respondent.
 Before HUTCHESON, Chief Judge, and RIVES and TUTTLE, Circuit Judges.
 PER CURIAM.
 
 
 1
 Affirmed, 20 T.C. 615. Watson v. Commissioner, 345 U.S. 544, 73 S.Ct. 848, 97 L.Ed. 1232, rehearing denied, 345 U.S. 1003, 73 S.Ct. 1128, 97 L.Ed. 1408.